

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2020

No. 04-20-00205-CR

Jacob Charles **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6596
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

After we granted court reporter Connie S. Calvert's first three motions for an extension of time to file the reporter's records, we set the records due on October 14, 2020. *See* TEX. R. APP. P. 35.3(c). One day after the due date, the court reporter filed a fourth request for a thirty-day extension of time to file the reporter's records. In her request, she explained that she has been tending to her elderly mother's life-threatening health issues that have been exacerbated by the COVID-19 pandemic, but her mother has passed away and she does not expect any further delays in preparing and filing the records.

The court reporter's request is GRANTED. The records are due on November 13, 2020.

If the court reporter is unable to file the completed records by November 13, 2020, any further request for additional time to file the records **must** be accompanied by a signed, written status report that provides the information specified below and states why she was unable to complete the record either personally or by acquiring outside assistance.

The status report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form.

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

The preferred form for the status report, with an accompanying example, is attached.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court